PER CURIAM.
Affirmed. See and compare: State v. Cumbie, 380 So.2d 1031 (Fla.1980); Lewis v. State, 377 So.2d 640 (Fla.1980); Peterson v. State, 376 So.2d 1230 (Fla. 4th DCA 1979); Castor v. State, 365 So.2d 701 (Fla.1978); Comer v. State, 318 So.2d 419 (Fla. 3d DCA 1975); Rembert v. State, 311 So.2d 199 (Fla. 3d DCA 1975); Sullivan v. State, 303 So.2d 632 (Fla.1974); Reis v. State, 248 So.2d 666 (Fla. 3d DCA 1971).